UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGDALINA KALINCHEVA,<br><br>    Plaintiff,<br><br>    v.<br><br>JESSE NEUBARTH,<br><br>    Defendant. | Case No. 14-cv-03323-MEJ<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Susan Illston for consideration of whether the case is related to Kalincheva v. Neubarth, 13-CV-3212-SI.

**IT IS SO ORDERED.**

Dated: July 25, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGDALINA KALINCHEVA,<br><br>    Plaintiff,<br><br>    v.<br><br>JESSE NEUBARTH,<br><br>    Defendant. | Case No.  14-cv-03323-MEJ<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 7/25/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Magdalina Kalincheva
543 W Vine Street
Stockton, CA 95203


Dated: 7/25/2014

                                                 Richard W. Wieking
                                                 Clerk, United States District Court


By:_____
Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES